UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  2:25-cv-03502-HDV-KES | Date  April 23, 2025 |
| Title  *Vihan Jagasia et al v. Kristi Noem et al.* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS—ORDER RE: PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER [7]

Having reviewed Plaintiffs' *Ex Parte* Application for Temporary Restraining Order ("Application"), [Dkt. No. 7], and Plaintiffs' Certification of Notice, [Dkt. No. 7-2],[1] the Court orders that:

- Defendants shall file any opposition to Plaintiffs' Application no later than **April 25, 2025**. Defendants shall take no action, prior to the Court's ruling on the Application, that impairs the ability to afford Plaintiffs complete relief (e.g. deportation).
- Plaintiffs shall file their reply papers by **April 28, 2025**.
- The Application shall be set for hearing on **April 30, 2025, at 10 a.m**.

**IT IS SO ORDERED.**

---

[1] Plaintiffs certified that on April 22, 2025, the filed complaint and the proposed order on the Application was emailed to the Main Justice Office of Immigration Litigation, as well as to named counsel in *Zhou v. Lyon*, No. 2:25-cv-2994-CV, which involved a substantially identical issue.