UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| Case No. | 2:25-cv-03502-HDV-KESx | Date | 4/30/2025 |
|---|---|---|---|
| Title | *Vihan Jagasia et al v. Kristi Noem et al* | | |

Present: The Honorable    Hernán D. Vera, United States District Judge

| Wendy Hernandez | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Justin Tseng | AUSA Alexander Farrell |
| Jonathan Wasden | AUSA Paul Green |

**Proceedings:    PLAINTIFF'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER GRANTED ON APRIL 22, 2025 [7]**

The Court heard oral argument on Plaintiffs' *Ex Parte* Application for Temporary Restraining Order. [Dkt. No. 7]. Plaintiffs' counsel argued that, although the Plaintiffs' SEVIS status has been restored, the issues are not moot because they may still suffer immediate and irreparable harm as a result of the government's April 26, 2025 "Policy Regarding Termination of Records." [Dkt. No. 23-3]. The matter is deemed submitted.

To address these new arguments, the Court will allow Plaintiffs to file an amended complaint within seven days of this Order. The amended complaint shall clearly state the relief being sought. Thereafter, the Court will set a briefing schedule.

To preserve the status quo, the Court's prior TRO is extended, and Defendants shall take no action that impairs the ability to afford Plaintiffs complete relief (e.g. deportation).

**IT IS SO ORDERED.**

Time: /11