UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. 2:25-cv-03502-HDV-KES | Date May 20, 2025 |
| Title *Vihan Jagasia et al v. Kristi Noem et al.* | |

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:   IN CHAMBERS—ORDER SETTING BRIEFING SCHEDULE**

Having reviewed Plaintiffs' First Amended Complaint, [Dkt. No. 27], the Court orders that:

- Plaintiffs shall file any request for injunctive relief by **June 3, 2025.**  Defendants shall take no action, prior to the Court's ruling on the Application, that impairs the ability to afford Plaintiffs complete relief (e.g. deportation).
- Defendants shall file their Opposition by **June 17, 2025**.
- The Court shall hear oral argument on the requested relief on **June 23, 2025** at 1:30 p.m.

**IT IS SO ORDERED.**