JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| VIHAN JAGASIA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary, United States Department of Homeland Security; *et al.*, <br><br> Defendants. | No. 2:25-CV-03502-HDV-JC <br><br> [PROPOSED] <br><br> ORDER GRANTING STIPULATION RE: RE-ACTIVATION OF SEVIS RECORDS AND DISMISSAL |

Pursuant to the parties' Stipulation re: Re-Activation of SEVIS Records and Dismissal, and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: May 30, 2025

HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE